IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE R. SHINGLETON,
:
       Petitioner,
:
   vs.                                Case No. 3:03cv450
:
DEBORAH TIMMERMAN-COOPER,     JUDGE WALTER HERBERT RICE
:
       Respondent.

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #21); PETITIONER'S MOTION TO RECONSIDER (DOC. #20) SUSTAINED; JUDGMENT (DOC. #18) VACATED; PETITIONER'S OBJECTIONS (DOC. #19) RECOMMITTED TO MAGISTRATE JUDGE FOR FURTHER CONSIDERATION; CASE REACTIVATED

      Based upon reasoning and citations of authority set forth by the United States Magistrate Judge in her Report and Recommendations dated April 12, 2005 (Doc. #21), as well as upon a thorough consideration of the applicable law and a *de novo* review of this Court's file, said Report and Recommendations are adopted in their entirety.  The Petitioner's Motion to Reconsider (Doc. #20) is sustained, and the Petitioner's Objections (Doc. #19) to said judicial filing are recommitted to Magistrate Judge Sharon L. Ovington for further consideration.  This Court's Judgment Entry (Doc. #18) is vacated, and the captioned cause reactivated upon

the docket records of this Court.

|  |  |
|---|---|
|  | /s/ Walter Herbert Rice |
| March 8, 2006 | WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies mailed to:

George R. Shingleton, *Pro Se*
Jerri L. Fosnaught, Esq.

Magistrate Judge Sharon L. Ovington