IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


GEORGE R. SHINGLETON,

                    :

        Petitioner,

                    :

      vs.                    Case No. 3:03cv450

                    :

DEBORAH TIMMERMAN-COOPER,     JUDGE WALTER HERBERT RICE
WARDEN, LONDON CORRECTIONAL
INSTITUTION,                 :

        Respondent.

---

DECISION AND ENTRY ADOPTING SUPPLEMENTAL REPORT AND
RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE
(DOC. #27), INSOFAR AS SAME RECOMMENDS THE DENIAL OF
PETITIONER'S MOTION FOR DISCOVERY (ID. AT 6); PETITIONER'S
OBJECTIONS TO SUPPLEMENTAL REPORT AND RECOMMENDATIONS
(DOC. #28), INSOFAR AS SAID OBJECTIONS RELATE TO HIS MOTION
FOR DISCOVERY (ID. AT 5-6), OVERRULED; PETITIONER'S MOTION
FOR DISCOVERY (DOC. #25) OVERRULED, WITHOUT PREJUDICE TO
RENEWAL; REMAINDER OF SUPPLEMENTAL REPORT AND
RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC.
#27) NOT RULED UPON; CAPTIONED CAUSE REMAINS OPEN

---

       Given the reasonable probability that Petitioner's Petition for Writ of Habeas

Corpus, pursuant to 28 U.S.C. Section 2254, will be deemed barred by the

applicable statute of limitations, this Court overrules the Petitioner's Motion for

Discovery (Doc. #25), without prejudice to renewal, should this Court conclude,

upon a thorough review of the Initial (Doc. #16) and Supplemental (Doc. #27)

Reports and Recommendations of the United States Magistrate Judge and Petitioner's Objections thereto (Docs. #19 and #28), as well as the entirety of this Court's file, that the Court's initial inclination has not ripened into finality. To that extent, the Magistrate Judge's Supplemental Report and Recommendations, insofar as same deals with the Defendant's Motion for Discovery (Doc. #27 at 6) is adopted, and the Petitioner's Objections thereto (Doc. #28 at 5-6) are overruled.

This Decision and Entry affects only the Petitioner's Motion for Discovery (Doc. #25), which has been overruled, without prejudice to renewal, and does not purport to rule on any other aspect of his Petition for Writ of Habeas Corpus.

The captioned cause remains open upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.


/s/ Walter Herbert Rice
March 30, 2007
_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE


Copies to:

George R. Shingleton, Pro Se
Jerri Lynne Fosnaught, Esq.